AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Caleb Jones<br><br>*Defendant* | ) Case: 1:21-mj-00329<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 3/22/2021<br>) Description: Complaint w/ Arrest Warrant<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*       Caleb Jones       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Ground.

Date:    03/23/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.23 13:26:36 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.        G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 3/23/21, and the person was arrested on *(date)* 3/27/21
at *(city and state)* Columbus, OH.

Date: 3/30/21

*Arresting officer's signature*

Special Agent Andrew Cramlet
*Printed name and title*